```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16691
    REBECCA FRANCIES
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-6294


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 09/13/07 and confirmed on 12/14/07.

    2.   The case was dismissed after confirmation, 04/04/2008.

    3.   The Debtor paid a total of $     540.00 .

    4.   The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
--------------------------------------------------------------------------
OVERLAND BOND & INVESTME SECURED VEHIC   7715.46          .00          360.00
ASSET ACCEPTANCE CORP    UNSECURED      NOT FILED         .00             .00
COMCAST CABLE            UNSECURED      NOT FILED         .00             .00
DETEX AGENCY & ASSOCIATE UNSECURED      NOT FILED         .00             .00
SALLIE MAE GUARANTEE SER UNSECURED      NOT FILED         .00             .00
SHORT TERM LOAN          UNSECURED      NOT FILED         .00             .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED 7715.46        .00          .00         .00         7715.46
PRINCIPAL PAID      360.00        .00          .00         .00          360.00
INTEREST PAID          .00        .00          .00         .00             .00
TOTAL PAID          360.00        .00          .00         .00          360.00
The Debtor's attorney, RICHARD S BASS               , was allowed $    2500.00
and was paid $     180.00   direct and $     155.55   through the plan.

The Trustee received $      24.45 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 16691 REBECCA FRANCIES
```